UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:   Andrew Burnett              :           Case No.:  17-20852
                                     :
         DEBTOR                      :           Judge:  JRS
                                     :
                                     :           Chapter:  13

**AMENDMENT TO SCHEDULES**

COMES NOW the Debtor in the above-styled action and hereby amends his Schedules as follows:

1.    Schedule H is amended to add the co-debtor:

**Name & Address of Co-Debtor**          **Name of Creditor**

Kristen Burnett              Wells Fargo Bank N.A.
1510 Starlight Dr
Cumming GA 30040

2.    Schedule A/B is amended as attached.

3.    Schedule C is amended as attached.

4.    Schedule I is amended as attached.

5.    Schedule J is amended as attached.

6.    Summary of Schedules is amended as attached.

WHEREFORE, Debtor prays that this Amendment be read and considered and for such other relief as the Court deems just and proper.

Respectfully submitted this 26th day of September, 2017.

_____/s/_____
Susan Shiptenko, Bar No.: 374402
Attorney for Debtor
Berry & Associates
2751 Buford Hwy
Suite 600
Atlanta, Georgia  30324

**Fill in this information to identify your case and this filing:**

Debtor 1          __Andrew__          __Alan__          __Burnett__
                  First Name          Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name       Last Name

United States Bankruptcy Court for the:  __NORTHERN DISTRICT OF GEORGIA__

Case number      __17-20852__
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**1510 Starlight Drive**
Street address, if available, or other description

**Cumming**          GA      30040
City                 State   ZIP Code

County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$343,570.00

**Current value of the portion you own?**
$343,570.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Ownership Subject to Lien**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................➜**    $343,570.00

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1    **Andrew Alan Burnett**                                    Case number (if known)   **17-20852**

| | | | |
|---|---|---|---|
| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Kia** | Check one. | |

Make:    **Kia**

Model:    **Sorento**

Year:    **2011**

Approximate mileage:    _____

Other information:

**2011 Kia Sorento**

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,500.00 | $7,500.00 |

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here........................................................➔**     $7,500.00

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.    Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.....  **Household goods, furniture, appliances**     $3,000.00

**7.    Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes.  Describe.....  **electronics**     $800.00

**8.    Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes.  Describe.....

**9.    Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes.  Describe.....

**10.   Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes.  Describe.....

**11.   Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☒ No
☐ Yes.  Describe.....

Debtor 1   **Andrew Alan Burnett**                                          Case number (if known) **17-20852**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
gold, silver

☑ No
☐ Yes.  Describe.....                                                                          _____

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....                                                                          _____

**14. Any other personal and household items you did not already list, including any health aids you
did not list**

☑ No
☐ Yes.  Give specific
information............                                                                        _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
attached for Part 3.  Write the number here.....................................................................➔**   | **$3,800.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
petition

☑ No
☐ Yes...................................................................................................  Cash: ..........................   _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
brokerage houses, and other similar institutions.  If you have multiple accounts with the same
institution, list each.

☐ No
☑ Yes...........................              Institution name:

17.1.   Checking account:   **Checking account Georgia United Credit Union**          **$500.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
information about
them.........................   Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.........................   Issuer name:

Debtor 1    **Andrew Alan Burnett** _____    Case number (if known) **17-20852** _____

**21. Retirement or pension accounts**
_Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
_Examples:_ Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                                            _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
_Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                                            _____

**27. Licenses, franchises, and other general intangibles**
_Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                                            _____

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information    Federal: _____
about them, including whether
you already filed the returns         State: _____
and the tax years......................
                                      Local: _____

| Debtor 1 | Andrew Alan Burnett | Case number (if known) | 17-20852 |
|---|---|---|---|

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................. ➔ | **$500.00** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1    **Andrew Alan Burnett**    Case number (if known) __17-20852__

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

_____

39. **Office equipment, furnishings, and supplies**
   _Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
   desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

_____

41. **Inventory**

☑ No
☐ Yes. Describe..

_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....

_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
   attached for Part 5. Write that number here................................................................................➔ | $0.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**
   _Examples:_ Livestock, poultry, farm-raised fish
☑ No
☐ Yes....

_____

Debtor 1    **Andrew Alan Burnett**                                    Case number (if known)    **17-20852**

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................                                                    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                      _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                      _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................                                                    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here.................................................................** ➔  | $0.00 |

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here...............** ➔  | $0.00 |

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2.................................................................................** ➔  | $343,570.00 |

**56. Part 2: Total vehicles, line 5**                             $7,500.00

**57. Part 3: Total personal and household items, line 15**       $3,800.00

**58. Part 4: Total financial assets, line 36**                   $500.00

**59. Part 5: Total business-related property, line 45**          $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $0.00

**61. Part 7: Total other property not listed, line 54**        + $0.00

**62. Total personal property.**   Add lines 56 through 61.............  | $11,800.00 |   Copy personal   ➔  + | $11,800.00 |
                                                                                        property total

**63. Total of all property on Schedule A/B.**   Add line 55 + line 62.................................  | $355,370.00 |

**Fill in this information to identify your case:**

Debtor 1    **Andrew**          **Alan**          **Burnett**
            First Name          Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number    **17-20852**
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br> **2011 Kia Sorento** <br><br> Line from *Schedule A/B*:  **3.1** | **$7,500.00** | ☑  **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| Brief description: <br> **Household goods, furniture, appliances** <br><br> Line from *Schedule A/B*:  **6** | **$3,000.00** | ☑  **$3,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Andrew Alan Burnett**                                                   Case number (if known)    **17-20852**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**electronics**<br><br>Line from *Schedule A/B*: __7__ | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| Brief description:<br>**Checking account Georgia United Credit Union**<br>Line from *Schedule A/B*: __17.1__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | <u>Andrew</u> | <u>Alan</u> | <u>Burnett</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>NORTHERN DISTRICT OF GEORGIA</u>

Case number (if known)   <u>**17-20852**</u>

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                    12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No
       ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Kristen Burnett** | | | |
|---|---|---|---|---|
| | Name | | | |
| | **1510 Starlight Dr.** | | | |
| | Number | Street | | |
| | | | | |
| | **Cumming** | **GA** | **30040** | |
| | City | State | ZIP Code | |

☑ Schedule D, line ___**2.2**___
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Bank N.A.,**

| 3.2 | **Spouse Name Not Entered** | | | |
|---|---|---|---|---|
| | Name | | | |
| | | | | |
| | Number | Street | | |
| | | | | |
| | City | State | ZIP Code | |

☑ Schedule D, line ___**2.2**___
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo Bank N.A.,**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Andrew** | **Alan** | **Burnett** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | **17-20852** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | **Occupation** | **Healthcare Consultant** | **Mammography Tech** |
| | **Employer's name** | **GE Healthcare** | **Northside Hospital Inc.** |
| | **Employer's address** | **4200 Gateswalk Dr. SE**<br>Number  Street | **1000 Johnson Ferry Rd. NE**<br>Number  Street |
| | | **Smyrna**     **GA**   **30080**<br>City     State  Zip Code | **Atlanta**     **GA**   **30342-161**<br>City     State  Zip Code |
| | **How long employed there?** | **start May 5** | **7 years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$8,750.00** | **$3,885.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$8,750.00** | **$3,885.00** |

Debtor 1   **Andrew Alan Burnett**                                           Case number (if known)   **17-20852**

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ................................................... ➜ | 4. | **$8,750.00** | **$3,885.00** |
| 5. | List all payroll deductions: | | | |
| | 5a.  Tax, Medicare, and Social Security deductions | 5a. | **$1,845.00** | **$739.00** |
| | 5b.  Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c.  Voluntary contributions for retirement plans | 5c. | **$0.00** | **$170.00** |
| | 5d.  Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e.  Insurance | 5e. | **$994.00** | **$6.00** |
| | 5f.  Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g.  Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h.  Other deductions. Specify: _____ | 5h.+ | **$0.00** | **$0.00** |
| 6. | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$2,839.00** | **$915.00** |
| 7. | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | **$5,911.00** | **$2,970.00** |
| 8. | List all other income regularly received: | | | |
| | 8a.  Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b.  Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d.  Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e.  Social Security | 8e. | **$0.00** | **$0.00** |
| | 8f.  Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g.  Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h.  Other monthly income. Specify: _____ | 8h.+ | **$0.00** | **$0.00** |
| 9. | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |
| 10. | **Calculate monthly income.**   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$5,911.00**  + | **$2,970.00**  =  **$8,881.00** |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____ | 11. + | | **$0.00** |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | | **$8,881.00** **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Andrew** | **Alan** | **Burnett** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number | **17-20852** | | | |
| (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **14** | ☐ No ☑ Yes |
| **Son** | **12** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.** The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,100.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$187.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$50.00** |

Debtor 1     **Andrew Alan Burnett**

Case number (if known)    **17-20852**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$420.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$134.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$250.00** |
| | 6d.  Other.  Specify: __Cell Phone__ | 6d. | **$240.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$800.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$150.00** |
| 11. | **Medical and dental expenses** | 11. | **$350.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$450.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$230.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1    **wife's car payment** | 17a. | **$340.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: **wife's credit cards** | 17c. | **$130.00** |
| | 17d.  Other.  Specify: **/ Kid school activites and camps** | 17d. | **$400.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1    **Andrew Alan Burnett**                                          Case number (if known)    **17-20852**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

|   |   |   |   |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**  Specify: _____    21.   **+** _____

**22.** **Calculate your monthly expenses.**

|   |   |   |   |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$6,381.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$6,381.00** |

**23.** **Calculate your monthly net income.**

|   |   |   |   |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$8,881.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b.  **–** | **$6,381.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$2,500.00** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

Debtor 1        **Andrew**          **Alan**          **Burnett**
                First Name          Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name       Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number    **17-20852**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | **$343,570.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | **$11,800.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | **$355,370.00** |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$289,944.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... | **$21,612.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$7,458.62** |
| | **Your total liabilities** | **$319,014.62** |

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................. | **$8,881.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J....................................................................... | **$6,381.00** |

Debtor 1    **Andrew Alan Burnett**                                    Case number (if known) **17-20852**

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

7.   **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.              **$6,494.33**

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  |  | Total claim |
|---|---|---|
| | From Part 4 on *Schedule E/F,* copy the following: | |
| 9a. | Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$21,612.00** |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d. | Student loans.  (Copy line 6f.) | **$0.00** |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+  $0.00** |
| 9g. | **Total.**  Add lines 9a through 9f. | **$21,612.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE: Andrew Burnett                                        Case No.:  17-20852

                                                            Judge:  JRS

DEBTOR

VERIFICATION

Comes now the undersigned and hereby affirm that the information contained in the attached amendment is true and correct to the best of my/our knowledge.

Respectfully submitted this 26th day of September, 2017.


_____/s/_____
Andrew Burnett

**Certificate of Service**

The undersigned hereby certifies that the below listed individuals have been served with a true and correct copy of the attached pleading by placing copies of same in a properly addressed envelope with adequate postage thereon and the depositing of same in the United States Mail.

Andrew Burnett
1510 Starlight Drive
Cumming, Georgia  30040

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

This the 27th day of September, 2017.

_____/s/_____
Susan Shiptenko, Bar No.: 374402

BERRY & ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300