

**IT IS ORDERED as set forth below:**

**Date: January 18, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | |
| ANDREW ALAN BURNETT,  Debtor | CASE NO: 17-20852-JRS  CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,  Movant | |
| v. | |
| ANDREW ALAN BURNETT,  Debtor | CONTESTED MATTER |
| NANCY J. WHALEY,  Trustee | |
| Respondents | |

**ORDER MODIFYING THE AUTOMATIC STAY**

A motion for relief from automatic stay of 11 U.S.C. § 362 was filed October 11, 2017 (Doc. No. 33) by Federal National Mortgage Association, for itself, its successors and assigns ("Movant"), who contends it is the holder of a Security Deed encumbering Debtor's property

known as 1510 Starlight Drive, Cumming, GA 30040 (the "Property").  The Motion came before this Court for hearing on November 30, 2017, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. The Motion was then reset to December 21, 2017. At the call of the calendar there was no opposition to the relief sought. It is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified only to the extent necessary for Movant, its successors and assigns, servicers, agents and attorneys to commence foreclosure proceedings against the Property, pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the property. It is further

**ORDERED** that Rule 4001(a)(3) is hereby waived and Movant may immediately proceed with foreclosure. It is further

**ORDERED** that Debtor's plan is modified to provide that the payment of the Movant's claim shall no longer be provided for under 1322(b)(5) and that the trustee shall cease funding the same claim upon entry of the order and therefore Rule 3002.1 is no longer applicable. It is further

**ORDERED** that any funds remaining after sale and application to the lawful debt due Movant shall be paid promptly to the Trustee.

A copy of this Order shall be mailed to the persons identified on the Distribution List attached hereto.

**END OF DOCUMENT**


Order prepared by:

/s/Mallory Velten
Mallory Velten (GA Bar No. 726971)
Attorney for Movant

Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
Phone: 404-789-2661
gabkr@brockandscott.com


No opposition

 /s/ Eric W. Roach
Eric Roach (GA Bar No. 143194)
Attorney for Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

# DISTRIBUTION LIST

Andrew Alan Burnett
1510 Starlight Dr
Cumming, GA 30040-8370

Matthew Thomas Berry
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341