**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17-20852-JRS |
| ANDREW BURNETT, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtors propose to modify the confirmed Chapter 13 plan in this case as set forth below and request that this modification be approved.

**MODIFICATION OF PLAN**

Debtor needs to lower his plan payment due to a reduction in income.

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court March 29, 2018, as follows:

Paragraph 2 of the Plan is modified to **delete:**

**Plan Payments and Length of Plan**. Debtor will pay the sum of $2,500.00 per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of 60 months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

Paragraph 2 of the Plan is modified to **add:**

**Plan Payments and Length of Plan**. Debtor will pay the sum of $1,000.00 per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of 60 months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

**RETROACTIVE TO MARCH 2018, when Debtor experienced the loss of income.**

Dated: October 11, 2018.

      /s/
Andrew Burnett

      /s/
Susan Shiptenko, GA Bar No. 374402
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                  )
                                        ) CASE NO. 17-20852-JRS
ANDREW BURNETT,                         )
                                        ) CHAPTER 13
        Debtor.                         )

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtors have filed a proposed modification to the confirmed plan in this case, a copy of which modifications you are receiving with this Notice of have recently received by mail.  Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **October 11, 2018.**   If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**        Clerk, United States Bankruptcy Court
                            Room 120 United States Courthouse
                            121 Spring Street
                            Gainesville, Georgia 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Andrew Burnett
1510 Starlight Drive
Cumming GA 30040

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **November 29, 2018, at 10:15 am** in **Courtroom 103**, U.S. Courthouse, 121 Spring Street, Gainesville, Georgia.  **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: October 11, 2018.

       /s/
Andrew Burnett

       /s/
Susan Shiptenko, GA Bar No. 374402
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

# CERTIFICATE OF SERVICE

    This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave
Suite 120
Atlanta, GA  30303

Andrew Burnett
1510 Starlight Drive
Cumming GA 30040

    (Plus to all creditors on attached Creditor Mailing Matrix)

    This the 11th day of October, 2018.

                                                                     /s/_____
                                                                     Susan Shiptenko
                                                                     GA Bar No. 374402
                                                                     Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-2<br>Case 17-20852-jrs<br>Northern District of Georgia<br>Gainesville<br>Thu Oct 11 10:24:56 EDT 2018 | AT&T Mobility II, LLC<br>c/o AT&T Services<br>Karen A. Cavagnaro, Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway, NE<br>Atlanta, GA 30324-5457 | Brock & Scott PLLC<br>4360 Chamblee Dunwoody Rd.<br>Suite 310<br>Atlanta, GA 30341-1056 | Andrew Alan Burnett<br>1510 Starlight Dr.<br>Cumming, GA 30040-8370 |
| CBA of GA Inc.<br>64 Sailors Dr., Ste 102<br>Ellijay, GA 30540-3744 | Capital One Bank USA, N.A.<br>by American Infosource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Credit First N A<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 | Dr. Joan Ifarinde<br>3075 Ronald Reagan Blvd.<br>Suite 501<br>Cumming, GA 30041-6052 |
| Matthew Joshua Dyer<br>Matthew T. Berry & Associates<br>2751 Buford Highway NE<br>Suite 600<br>Atlanta, GA 30324-5457 | FROST ARNETT AGT FOR NEA-NORTHSIDE HOSP FORS<br>PO BOX 198988<br>NASHVILLE, TN 37219-8988 | Federal National Mortgage Association<br>Seterus, Inc<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| Homeside Properties HOA<br>2555 Westside Parkway<br>Alpharetta, GA 30004-4191 | Internal Revenue Service<br>401 W. Peachtree St NW<br>Stop 334-D<br>Atlanta, GA 30308-3539 | Lakeview Behavioral Health<br>1 Technology Parkway Sout<br>Norcross, GA 30092-2928 |
| Northside Hospital Forsyth<br>PO Box 105484<br>Atlanta, GA 30348-5484 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prefcustfurn<br>Po Box 94498<br>Las Vegas, NV 89193-4498 |
| Regional Adjustment Bureau, Inc.<br>PO Box 34111<br>Memphis, TN 38184-0111 | Eric W. Roach<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Ave.<br>Suite 120<br>Atlanta, GA 30303-1286 | Philip L. Rubin<br>Lefkoff, Rubin. Gleason & Russo<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 |
| Seterus Inc<br>14523 Sw Millikan Way St<br>Beaverton, OR 97005-2352 | Susan H. Shiptenko<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | Suntrust Bank Atlanta<br>55 Park Pl Ne Ste 1055<br>Atlanta, GA 30303-2531 |
| Suntrust Bk<br>55 Park Pl Ne Ste 1055<br>Atlanta, GA 30303-2531 | Suntrust Mortgage/cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |

| | | |
|---|---|---|
| Syncb/lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| Mallory Velten<br>Brock & Scott, PLLC<br>4360 Chamblee Dunwoody Road<br>Suite 310<br>Atlanta, GA 30341-1056 | Wells Fargo Bank<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 | Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Deal Services<br>PO Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Bank N.A., dba Wells Fargo Deale<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wfds<br>Po Box 1697<br>Winterville, NC 28590-1697 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association | (d)Federal National Mortgage Association<br>Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 | (u)Wells Fargo Bank, N.A., dba Wells Fargo De |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41